IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LORENA DEMPSEY, as the personal representative of the Estate of Jay Dempsey, deceased; | 8:19CV99 |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant Union Pacific Railroad Company, and Defendant Union Pacific Railroad Company has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until September 19, 2019 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 29th day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge